George E. Murphy (SB# 91806)
**MURPHY, CAMPBELL, ALLISTON & QUINN**
8801 Folsom Boulevard, Suite 230
Sacramento, CA  95826

Telephone: (916) 400-2300
Fax: (916) 400-2311
gmurphy@murphycampbell.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN LUTES dba PLA SKATESHOP and PLA ENTERPRISES, LLC,<br><br>    Plaintiffs,<br><br>  vs.<br><br>FOREMOST SIGNATURE INSURANCE COMPANY, and DOES 1-10, inclusive,<br><br>    Defendants. | Case No. 2:16-CV-00071-WBS-EFB<br><br>**ORDER STAYING ACTION BASED ON STIPULATION OF ALL PARTIES** |

The Court, having reviewed Plaintiffs' motion to stay this action, and based on the stipulation of the parties filed in support thereof, and good cause appearing, hereby orders that Plaintiffs' motion to stay this action is GRANTED. This action is stayed until further order of this Court, the May 9, 2016 scheduling conference is vacated, and the clerk is instructed to administratively close this file.

IT IS SO ORDERED.

Dated:  April 15, 2016

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE